**EXHIBIT 2:** INFRINGEMENT
URL: https://www.instagram.com/tv/CbbK7NWj96h/

